### CHAFFEE v. MORSS.

APPEAL by defendant from a judgment in favor of plaintiff, entered upon the verdict of a jury.

The action was brought by George Chaffee against Medad T. Morss, to recover for services in cutting logs under a contract.

*James L. Stewart,* for appellant.

*T. F. Bush,* for respondent.

BOCKES, J.

The opinion is devoted to matters of fact, and the verdict of the jury on conflicting evidence held conclusive.

*Judgment affirmed.*